FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 21 2011

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

_Northern_ DIVISION

CASE NO. 5: 11CV00 327 SWW/JTV

I.    Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Ernest W.L. Thompson_
ADC# _500242_

Address _P.O. Box 500 Grady, Ar. 71644 Cummins Unit_

Name of plaintiff: _____
ADC# _____

Address _____

This case assigned to District Judge _Wright_
and to Magistrate Judge _Volpe_

Name of plaintiff: _____
ADC# _____

Address _____

In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Dr. Melvin Nance_

Position: _Medical Doctor_

Place of employment: _Correctional-Medical-Services-Grimes Unit_

Address: _P.O. Box 20670, White Hall, Ar. 71612-0670_

Name of defendant: _Correctional-Medical-Services_

Position: _Medical Care Provider_

Place of Employment: _CMS_

Address: _P.O. Box 20670, White Hall, Ar. 71612-0670_

Name of defendant: _John Maples Jr._

Position: _Grimes Unit Warden_

Place of Employment: _Ark. Dept of Corr - Grimes unit_

Address: _P.O. Box 8707 Pine Bluff, Ar. 71611_

Name of defendant: _____

Position: _____

Place of Employment: _____

Address: _____

II.   Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III.   Previous Lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No __✓__

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another pieced of paper, using the same outline.)

☐   Parties to previous lawsuit

Plaintiffs: _____

_____

Defendants: _____

_____

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

□   Name of judge to whom case was assigned: _____ *N/A*

□   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____ *N/A*

□   Approximate date of filing lawsuit: _____ *N/A*

□   Approximate date of disposition: _____ *N/A*

IV.   Place of present confinement: *Ark. Dept. of Corr. —* _____

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

✓ _____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did your file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No _____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No _____

If not, why? _____

Yes ___✓   No ___

If not, why? _____

_____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

A.

( WHILE HOUSED AT THE RANDLE L. Williams UNIT )

① That on May 5, 2009, While housed at the Randle L. Williams Unit, Plaintiff, ERNEST Will. Thompson, #500242 turned in a Sick Call slip to be seen by a Doctor. Because, Plaintiff was having severe Pain in his, Left Hip, Left knee, and right Ankle due to a head on Collision With a 18 Wheeler Log Truck that left Plaintiff With a Triangle 5½ inch montal Plate in Plaintiff left Hip. Also, Plaintiff Has ¾ 2½ inch metal Screws in his left knee, and 8-4 inch long metal Pens threw the joints of his right Ankle and Foot. These Pins holds Plaintiff Foot and Ankle together. Plus, Plaintiff, also has a rupture liver and had his spleen removed because it was badly damaged, which made Plaintiff blood Pressure stay high all the time.

② That Plaintiff was also having chest Pains due to his heart being [ SEE ATTACHED Page #5 ]

4

Knocked OVER in his MVA, that happened on Oct. 20, 2006. It took Plaintiff Eight (8) Months to start back walking again.

③ That Plaintiff Had To have His Medical records sent From Baptist HEALth-Medical-Center, in Little Rock, AR, to the CMS-Correctional-Medical-Service Staff, While housed at the Randle L. Williams Unit, so that DR. Darlene Antosh Could adequately evaluate him. This happen around and about May 12009.

④ That Dr. Darlene Antosh, took the time to give Plaintiff a adequate Examination, to prescribed For Plaintiff Tylenol 3-30mg twice a day, Aceteminophen, Baclofen 20 mg for his muscle Cramps, and Metaprolol For his high blood pressure.

⑤ That this Medication that Dr. Darlene Antosh prescribed For Plaintiff, help reduced the Pain and Suffering that he was having. Also, His blood pressure was reduced.

⑥ That Plaintiff, was Feeling awhole lot better under the Care OF Dr. Darlene Antosh. Dr. Antosh, also had ordered For Plaintiff to be examined by an Orthopedic as-soon-as possible, For the seriousness OF the injuries to his legs, On and about June 12, 2008, right before Plaintiff Was transffered to the GRIMES UNIT.

B.

WHILE HOUSED AT THE GRIMES UNIT

① That Plaintiff Medication was sent With Him to the Grimes Unit.

Page 5.

However, On June 13, 2009, the medication that was prescribed by Dr. Darlene Antosh was stopped by defendant Dr. Melvin Nance, without given Plaintiff AN Evaluation of any kind. This medication was prescribed by Dr. Darlene Antosh, to help stop the pain and suffering that Plaintiff was going through.

(2) That Every Fact dealing with this Complaint is well documented in Plaintiff ADC medical File and Free World medical Paper Work that was sent From Baptist-Health-medical-Center, that's located in Little Rock, AR., which tell's all Plaintiff medical Problems. This was also ignored by the defendant, Dr. Melvin Nance, because he took Plaintiff off the medication that was helping him and changed his medication On June 13, 2009, which was signed off by Nurse Brenda Bridgeman. These are the med's the defendant, Dr. Melvin Nance, Felt Plaintiff needed to have without a Evaluation. "Tylenol 500mg, 1 or 2 tablets a day, Naproxen 500mg, 2 times a day (these are for Pain), Nortriptyline 50mg (is a antidepressant can be used to help with pain [as I was told]), and Tegretol 100mg, 2 times a day (This pill is For Plaintiff seizures and can be used for pain).

(3) Plaintiff told the CMS staff members at Grimes that the medication that Dr. Melvin Nance prescribed for him was not helping him at all, because Plaintiff is constantly suffering with tremenous pain. Plaintiff put a Sick Call Slip in On June 13, 2009, wanting to know also "Why Dr. Nance, took him off the medication prescribed by Dr. Darlene Antosh, which was helping him with his pains. But To know Avail.

(4) That Plaintiff was in so much pain, his blood pressure kept going up. Plaintiff was suffering so bad he had to file a

6.

Forma Resolution just to be seen by the Infirmary Staff. On June 14, 2009, Plaintiff submitted the grievance dealing with the situation.

(5) That on June 16, 2009, Plaintiff was finally seen for his evaluation by Doctor Melvin Nance. This evaluation was to cover all of Plaintiff's medical problems. However, Plaintiff, was only informed by Dr. Melvin Nance that he would know longer be taking the medications that Dr. Antosh had prescribed for him, while he's at the Grimes Unit. Add that the medications that he, Dr. Melvin Nance, has prescribed for Plaintiff Should be Enough for the serious pains. (But, Plaintiff was never given a reason why he was taking off the medications that Dr. Antosh had prescribed for him.)

(6) Than the Plaintiff, informed Dr. Melvin Nance that the Medication that Dr. Darlene Antosh prescribed for him was helping him with his pains, as well as, keeping his blood pressure level's Low. But to know avail. The defendant, Dr. Melvin Nance, still refused to give a full and proper medical evaluation to let Plaintiff know why he was taking him off the medication that was helping him, or put Plaintiff on something that could help with the pains that he was suffering everyday.

(7) This lead to Plaintiff writing another grievance on the defendant, Dr. Melvin Nance, for the lack of adequate medical care. Totus, Plaintiff had to go through twelve (12) cms nurse providers that advised Plaintiff that his serious issues with pains needed to be addressed by Dr. Nance, himself. Because, Dr. Nance, had advised the Nurses not to change the Plaintiff medications that he had prescribed. The Nurses could only put me down to see Dr. Nance. But To

7.

Know Avail "Until this day, Dr. Nance, has refused to see the Plaintiff, in retaliation of the grievances filed against him.

⑧ That due to the defendant, Dr. Nance, Failure to provide Plaintiff With adequate medical care, Plaintiff, was Unable to stay focus on anything because of the pains he had to Endure. This lead to Plaintiff having Unwanted problems with the Officers that worked at the Grimes Unit. These Officers had to deal With Plaintiff on a day-to-day basis, while the Plaintiff suffered With his pains.

⑨ That Plaintiff health problems was the reasons For all the Unwanted problems and disciplinaries. Due to the Plaintiff Suffering From mental and Emotional Anguish.

⑩ That defendant, Dr. Nance, knew that the Medication He Had Plaintiff on, Were not helping him, due to the grievances Plaintiff Filed Concerning these issues. In retaliation For Filing these grievances the defendant, Dr. Nance, refused to see plaintiff For Eight (8) months. This can be seen in Plaintiff medical Jacket. Plus, Everything Plaintiff submitted a sick-call slip to the infirmary dealing with his Chronic Care issues, he was Charged For these visits. This is totally against the ADC policy.

⑪ That there are other medical issues that the Plaintiff has that was not Checked by the defendant, Dr. Nance. Plaintiff, has a ruptured liver that has to be Checked Constantly by the Lab. This medical problem was not known by the defendant, Dr. Nance,

8.

until months later (4-28-10), due to a grievance filed by Plaintiff Because, the defendant, Dr. Nance, had failed to adequately look through Plaintiff Medical Jacket to give Plaintiff medical treatments for his injuries. (Plaintiff arrived at the Grimes Unit on 6-12-09).

Therefore, the Plaintiff has shown from the record, the deliberate indifference shown by the defendant, Dr. Nance, and his staff. Even the Warden and Director wends Kelly agreed with the defendant, Dr. Nance, taking **PLAINTIFF** off the medication Dr. Antosh prescribed for him. This cause Plaintiff to suffer tremendously.

9.

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes. (a) compensatory damages of 150,000.00;

(b) Punitive/Exemplary damages of 200,000.00 For Mental/Emotional
stress;(C) Declaratory and Injunctive relief;(d) Trial
by Jury; (E) All other Equitable relief.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _December_ day of _____19th_____, 20_11_.

Respectfully
Submitted;

Ernest "W.L." Thompson   500242
(Signature(s) of plaintiff(s))

800-4

**STATE OF ARKANSAS**        )

                             ) §

**COUNTY OF** _Lincoln_      )

## AFFIDAVIT

I, _Ernest "W.L." Thompson_ , after first being duly sworn, do hereby swear, depose
and state that: _In the United states Court that all the Information herein this complaint under the_
_Civil Rights Act, 42 U.S.C. § 1983 action suit that Im submitting on this date. to the District_
_Court against Defendant: Employer-"CMS", Correctional Medical Services-Medical_
_Care. Provider. And Defendant: Melvin Nance. the Head Medical Doctor of Grimes Unit._
_And Defendant: John Maple the Head warden of the "Dept-of-corr", Grimes unit. Defendant Dr. Melvin Nance was_
_Deliberate Indifference to Plaintiff medical need. Defendant Dr. Melvin Nance- didnt review Plaintiff medical_
_records, or evaluate Plaintiff before stopping medications that was helping the Plaintiff (Defendant_
_ignored-obvious-conditions.) I-Plaintiff wrote a Grievance on the defendant Dr. Nance, and_
_He Retaliated intentionally by denying & delaying to see Plaintiff. Defendant had my Free-World Records_
_from Baptish-Medical-center, and still disregarded the excessive risk to my Health and safety._

I further swear that the statements, matters and things contained herein are true and accurate to
the best of my knowledge, information and belief.

_12-19-11_

DATE

_Ernest "W.L." Thompson_

AFFIANT

_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_

SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _19_ day of
_Dec_ , 20_11_.

_Bobby R. Jones_

BOBBY R. JONES
NOTARY NOTARY PUBLIC
LINCOLN COUNTY, ARKANSAS
COMM. EXP. 02-21-2017
COMMISSION NO. 12361203

My Commission Expires: _____

IGTT430
3GD

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2011 DEC 21 AM 10: 02

BY:_____
           DEP. CLERK

Attachment VI

@Mak

INMATE NAME: Thompson, Ernest W.   ADC#: 500242   GRIEVANCE#:GR-10-00984

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You submitted this grievance on September 8, 2010, grieving that you've not received adequate medical care since you arrived at the Grimes Unit. You mentioned that Dr. Nance previously discontinued your Tylenol 3 and Baclofen on June 13, 2009.

The Infirmary responded on October 11, stating that you've been seen by a provider twelve different times since your arrival, that you are ordered "multiple" medications for pain control and your lab is being drawn periodically. Further, they stated that "all" CMS providers are qualified to address your needs and that you should submit a sick call request in order to be re-evaluated. They found your grievance without merit. In your appeal you state that you've "been suffering" since Dr. Nance discontinued "all" your medications on June 13, 2009.

A review of your Drug Prescription Orders indicates that you are currently ordered Tylenol 500mg one or two tablets four times daily, Salsalate 750mg two twice daily, Analgesic Balm three times daily as needed and Nortriptyline 50mg at bedtime, all for pain management.

You were transferred to the Maximum Security Unit on November 29th. I advise you to submit a sick call request if you feel that you need to be re-evaluated.

Your appeal is denied. Additionally, your grievance should have been rejected as it was not filed within the time allowed for grievances if you correctly stated that your complaints are based upon Dr. Nance discontinuing your medications in June 2009.


_____                    _____
         Signature                                    Date
                                                      12|3|10

IGTT430                          Page 1 of 1