IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERNEST W. L. THOMPSON,
ADC # 500242                                                                                          PLAINTIFF

v.                                          5:11-cv-00327-KGB-JJV

MELVIN NANCE, Medical Doctor,
CMS; *et al.*                                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

Defendants Correctional Medical Services and John Maples, Jr., are DISMISSED as defendants in this matter due to Plaintiff's failure to state a claim on which relief may be granted.

SO ORDERED this 20 day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE