IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERNEST W. L. THOMPSON,**                                                              **PLAINTIFF**
**ADC #500242**

v.                             Case No. 5:11-cv-00327-KGB-JJV

**MELVIN NANCE**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ADJUDGED this 22nd day of August, 2014.

                                                          _____
                                                          KRISTINE G. BAKER
                                                          UNITED STATES DISTRICT JUDGE